UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUN LIFE ASSURANCE COMPANY
OF CANADA,

      Plaintiff,

v.     Case No:  8:25-cv-01708-JLB-TGW

KAREN RUST and LESLIE
NORIEGA,

      Defendants.
_____/

## **ORDER**

Before the Court is Plaintiff Sun Life Assurance Company of Canada's ("Sun Life") Unopposed Motion for Leave to Deposit Funds and Discharge. (Doc. 29). No opposition has been filed, and the time to do so has expired. *See* Local Rule 3.01(c). Moreover, Sun Life reported that the Defendants do not oppose the relief sought in this Motion. (Doc. 29 at 5, 8). Thus, the Court treats the motion as unopposed. *See* Local Rule 3.01(c).

Sun Life seeks to deposit the proceeds from the death benefits at issue into the Court Registry, minus Sun Life's attorney's fees and costs, and have Sun Life be dismissed with prejudice. After reviewing the motion, and given the parties' reported agreement, the Court **GRANTS** the Motion.

Accordingly, it is **ORDERED** that:

1. Sun Life's Unopposed Motion for Leave to Deposit Funds and Discharge (Doc. 29) is **GRANTED**.

2. **No later than November 21, 2025**, Sun Life **SHALL DEPOSIT** into the Court Registry, in an interest-bearing account for future disbursement according to further order of the Court, the death benefits due under the Sun Life Group Life Insurance Policy No. 9573119-001 in the amount of $196,000.00 plus any accrued interest, minus $3,500.00 for Sun Life's attorney's fees and costs.

3. Upon Sun Life's deposit of the amount specified in Paragraph 2 into the Court Registry, the Court permanently enjoins Defendants and their attorneys or assigns from instituting or maintaining any claim or action in any state or federal court against Sun Life relating in any way to the Group Policy, the death benefits, or this proceeding.

4. The Clerk is **DIRECTED** to enter judgment of interpleader in favor of Sun Life. Sun Life is **DISMISSED with prejudice** from this action.

5. Defendants shall continue to assert in their action their claims to the policy proceeds.

**ORDERED** in Tampa, Florida, on October 27, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE